# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael V. Regno, Jr., | No. CV-24-02366-PHX-JJT (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Jason Gunther, | |
| Respondent. | |

Before the Court is the Report and Recommendation (Doc. 13, "R&R") of United States Magistrate Judge Alison S. Bachus concluding the Court should deny and dismiss with prejudice Micheal V. Regno, Jr.'s Petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus (Doc. 1, "Petition"). In the R&R, Judge Bachus warned the parties that they had fourteen days from the date of service of the R&R to file any specific written objections to it with the Court. Judge Bachus further warned that "failure to timely file objections [to the R&R] may result in the acceptance of [it] by the District Court without further review." (R&R at 12.) It has now been over a month since service of the R&R and Petitioner Regno has filed no objections thereto. The Court is thus empowered to accept the R&R without further review. It nonetheless elects to conduct a review of the recommendations on their merits; upon doing so, the Court concludes that adoption of Judge Bachus's recommendations, as well as her reasoning as set forth in the concise but thorough R&R, is justified.

As Judge Bachus found at the outset of the R&R, Petitioner is statutorily ineligible for relief in the form of earned time credits ("ETCs") due to his offense of conviction. Petitioner was convicted in relevant part of possession of a firearm in furtherance of drug trafficking in violation of 18 U.S.C. § 924(c)(a)(A). 18 U.S.C. § 3632(d)(4)(D)(xxii)—the stature under which Petitioner seeks relief—provides unequivocally that

> [a] prisoner is ineligible to receive time credits under this paragraph if the prisoner is serving a sentence for a conviction under any of the following provisions of law . . . (xxii) section 924(c), relating to unlawful possession or use of a firearm during and in relation to any crime of violence or drug trafficking crime.

While Judge Bachus dutifully went on to thoroughly and correctly analyze each of Petitioner's subsequent and dependent arguments for relief, she could have stopped here, as the Court will do. Petitioner is simply not eligible for ETCs in any form as the nature of his conviction expressly excludes him. The Court need reach any of the other subordinate arguments.

**IT IS ORDERED** adopting in whole the R&R (Doc. 13) submitted by Judge Bachus and denying and dismissing with prejudice the Petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus (Doc. 1).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly and close this matter.

Dated this 25th day of April, 2025.

Honorable John J. Tuchi
United States District Judge

- 2 -